**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Arthur David Lowe v. The State of Texas

Appellate case number:   01-18-00753-CR, 01-18-00754-CR

Trial court case number:  659154, 659156

Trial court:              339th District Court of Harris County

      Appellant Arthur David Lowe filed a motion requesting this Court to forward the record of his appeal to the Court of Criminal Appeals following his filing of a petition for discretionary review on October 4, 2018. The records were forwarded electronically to the Court of Criminal Appeals on October 5, 2018. The relief Lowe requested in his order has already been granted, and, accordingly, the Court dismisses the motion as moot.

      It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
               Acting individually


Date: ___November 8, 2018_____